1  DAVID W. DRATMAN
   Attorney at Law
2  California State Bar No. 78764
   1007 7th Street, Suite 305
3  Sacramento, CA 95814
   Telephone: (916) 443-2000
4  Facsimile: (916) 443-0989

5  Attorney for Defendant
   MICHAEL KIRK CAREY

6

7

8             UNITED STATES DISTRICT COURT

9             EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL KIRK CAREY, et al.,<br><br>Defendants. | CR. S-03-0097 FCD<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE RE: DEFENDANT MICHAEL CAREY ONLY** |

   IT IS HEREBY STIPULATED between the United States of America, through its attorney of record, Anne Pings, Assistant U.S. Attorney, and MICHAEL KIRK CAREY, through his counsel, David W. Dratman, that the status conference scheduled for May 16, 2005 be continued to June 13, 2005 at 9:30 a.m. for defendant CAREY only. (The other defendants are proceeding on separate schedules.)

   This matter continues to be complex within the meaning of the Speedy Trial Act due to the volume of discovery, complexity of factual and legal issues and the need for defense counsel to have additional time to prepare. The parties stipulate that the ends of justice are met by excluding time until June 13, 2005; and, that the need of this defendant for additional time to prepare exceeds the public interest in a trial within 70 days.

   Accordingly, the time between for May 16, 2005 and June 13, 2005 should be excluded from the calculation of time pursuant to the Speedy Trial Act, due to complexity and the needs of

**STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE RE: DEFENDANT MICHAEL CAREY ONLY**
*United States v. Michael Carey, et al.*
**[CR. S-03-0097 FCD]**

counsel to prepare, pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(ii) and (iv)[Local Codes T2 and T4].

Dated:  May 11, 2005                             /s/ David W. Dratman
                                            DAVID W. DRATMAN
                                            Attorney for Defendant
                                            MICHAEL KIRK CAREY

Dated: May 11, 2005                              McGREGOR W. SCOTT
                                            UNITED STATES ATTORNEY


                                          By: /s/ Anne Pings*
                                             ANNE PINGS
                                             Assistant U.S. Attorney
                                             *Signed with permission

## **ORDER**

IT IS SO ORDERED.

Dated: May 12, 1005



                                          /s/ Frank C. Damrell Jr.
                                          FRANK C. DAMRELL JR.
                                          United States District Court Judge