```
DAVID W. DRATMAN
Attorney at Law
California State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, CA 95814
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989

Attorney for Defendant
MICHAEL KIRK CAREY
```

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR. S-03-0097 FCD |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE RE: DEFENDANT MICHAEL CAREY ONLY** |
| vs. | |
| MICHAEL KIRK CAREY, et al., | |
| Defendants. | |

    IT IS HEREBY STIPULATED between the United States of America, through its attorney of record, Anne Pings, Assistant U.S. Attorney, and MICHAEL KIRK CAREY, through his counsel, David W. Dratman, that the status conference scheduled for August 8, 2005 be continued to September 19, 2005 at 9:30 a.m. for defendant CAREY only.  (The other defendants are proceeding on separate schedules.)

    This matter continues to be complex within the meaning of the Speedy Trial Act due to the volume of discovery, complexity of factual and legal issues and the need for defense counsel to have additional time to prepare.  The parties stipulate that the ends of justice are met by excluding time until September 19, 2005; and, that the need of this defendant for additional time to prepare exceeds the public interest in a trial within 70 days.

    Accordingly, the time between for August 8, 2005 and September 19, 2005 should be excluded from the calculation of time pursuant to the Speedy Trial Act, due to complexity and the

1  needs of counsel to prepare, pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(ii) and (iv)[Local Codes T2
2  and T4].

3  Dated:  August 4, 2005                                         /s/ David W. Dratman
                                                                  DAVID W. DRATMAN
4                                                                 Attorney for Defendant
                                                                  MICHAEL KIRK CAREY

7  Dated: August 4, 2005                                          McGREGOR W. SCOTT
                                                                  UNITED STATES ATTORNEY

10                                                                By: /s/ Anne Pings*
                                                                  ANNE PINGS
11                                                                Assistant U.S. Attorney
                                                                  *Signed with permission

13                                   **ORDER**

14       IT IS SO ORDERED.

15  Dated: August 5, 2005

17                                                                /s/ Frank C. Damrell Jr.
                                                                  FRANK C. DAMRELL JR.
18                                                                United States District Court Judge