DAVID W. DRATMAN
Attorney at Law
California State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, CA 95814
Telephone: (916) 443-2000
Facsimile: (916) 443-0989

Attorney for Defendant
MICHAEL KIRK CAREY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL KIRK CAREY, et al.,<br><br>Defendants. | CR. S-03-0097 FCD<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE RE: DEFENDANT MICHAEL CAREY ONLY** |

IT IS HEREBY STIPULATED between the United States of America, through its attorney of record, Anne Pings, Assistant U.S. Attorney, and MICHAEL KIRK CAREY, through his counsel, David W. Dratman, that the status conference scheduled for September 19, 2005 be continued to October 3, 2005 at 9:30 a.m. for defendant CAREY only. (The other defendants are proceeding on separate schedules.)

This matter continues to be complex within the meaning of the Speedy Trial Act due to the volume of discovery, complexity of factual and legal issues and the need for defense counsel to have additional time to prepare. The parties stipulate that the ends of justice are met by excluding time until October 3, 2005; and, that the need of this defendant for additional time to prepare exceeds the public interest in a trial within 70 days.

Accordingly, the time between for September 19, 2005 and October 3, 2005 should be excluded from the calculation of time pursuant to the Speedy Trial Act, due to complexity and the

**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE RE: DEFENDANT MICHAEL CAREY ONLY**
*United States v. Michael Carey, et al.*
[CR. S-03-0097 FCD]

1  needs of counsel to prepare, pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(ii) and (iv)[Local Codes T2
2  and T4].

3  Dated:  September 16, 2005                  /s/ David W. Dratman
                                               DAVID W. DRATMAN
4                                              Attorney for Defendant
                                               MICHAEL KIRK CAREY

7  Dated: September 16, 2005                   McGREGOR W. SCOTT
                                               UNITED STATES ATTORNEY

10                                             By: /s/ Anne Pings*
                                                   ANNE PINGS
11                                                 Assistant U.S. Attorney
                                                   *Signed with permission

13                                 **ORDER**

14       IT IS SO ORDERED.

15  Dated: September 16, 2005

17                                             /s/ Frank C. Damrell Jr.
                                               FRANK C. DAMRELL JR.
18                                             United States District Court Judge

---

**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE RE: DEFENDANT MICHAEL CAREY ONLY**
*United States v. Michael Carey, et al.*
**[CR. S-03-0097 FCD]**                - 2 -